UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

41531
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc., dba
Chrysler Capital

Order Filed on May 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDWARD D. GARBARINO
JULIA A. GARBARINO

Case No.: 15-20952(VFP)

Adv. No.:

Hearing Date: 12-3-15

Judge:  VFP

## CORRECTED ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 5, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Edward and Julia Garbarino**
**15-20952)**
**Corrected Order Providing for Monthly Payments for Stay Relief under Certain**
**Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., dba Chrysler Capital, with the appearance of Susan Long, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc., dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2012 Jeep Grand Cherokee bearing serial number 1C4RJFAG8CC154753 (hereinafter the "vehicle").

2. **Curing Arrears**: At the hearing, the debtors remained $2598.72 in arrears to Santander Consumer USA Inc., dba Chrysler Capital.  To cure arrears, the debtors shall make cure payments to Santander Consumer USA Inc., dba Chrysler Capital of $1083.10 for six consecutive months beginning 12-6-15.  In the event the debtors fail to make any payment for a period of 15 days after it falls due (being the 6th day of each month), Santander Consumer USA Inc., dba Chrysler Capital shall receive stay relief by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. After curing arrears, the debtor shall make all loan payments when due, being the 6TH day of each month.  In the event the debtors fail to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc., dba Chrysler Capital shall receive stay relief by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  Santander Consumer USA Inc., dba Chrysler Capital shall be listed as loss payee.  In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc., dba Chrysler Capital shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtor shall pay to Santander Consumer USA Inc., dba Chrysler Capital through the plan, a counsel fee of $426 which shall be paid by the trustee as an administrative priority expense.